NOVEMBER 8, 1995

No. 94–1030. KANSAS v. KICKAPOO TRIBE, AKA KICKAPOO NATION IN KANSAS, OF THE KICKAPOO RESERVATION IN KANSAS, ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 9, 1995

No. 95–213. CHAVES ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, LIQUIDATING AGENT/RECEIVER OF MALDEN TRUST CO. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

No. 95–6495 (A–374). BARNES v. NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 13, 1995

No. M–21. CLEMENTE v. UNITED STATES;

No. M–22. LIVECCHI v. XEROX CORP.; and

No. M–23. BEASLEY v. HAND ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–5139. LUNA v. SUTHERLAND ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.